UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS BERRY,<br><br>      Plaintiff,<br><br>      v.<br><br>DEPUTY ESCOBAR #2307, et al.,<br><br>      Defendants. | Case No. 21-cv-05028-YGR (PR)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

The Court has received a copy of the "Stipulation of Dismissal With Prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by both parties. The signed stipulation states:

> Pursuant to Civil Local Rule 7-12 of the United States District Court for the Northern District of California and Rule 41(a)(1)[(A)](ii) of the Federal Rules of Civil Procedure, this stipulation is hereby entered into by and among Plaintiff Julius Berry, *pro se*, and Defendants Abraham Escobar, Ramon Jayme, and City and County of San Francisco, by and through their respective counsel (collectively, the "Parties"). Pursuant to Rule 41(a)(1)[(A)](ii) of the Federal Rules of Civil Procedure, the Parties to the above-captioned action hereby stipulate and agree as follows:
>
> 1. All claims in this action are hereby dismissed with prejudice; and
>
> 2. Each party shall bear its own attorneys' fees and costs.
>
> IT IS SO STIPULATED.

Dkt. 48 at 1 (brackets added).

Accordingly, having been notified of this stipulation for voluntary dismissal and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein against all named defendants are DISMISSED WITH PREJUDICE.

The Clerk of the Court shall terminate any pending motions and close the file.

This Order terminates Docket No. 48.

IT IS SO ORDERED.

Dated: January 17, 2025

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge

2